UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
June 24, 2024 9:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: jv / 6-24

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO RODRIGUEZ,

    Defendant.
_____/

1:24-cr-85

Hala Y. Jarbou
Chief U.S. District Judge

**INFORMATION**

The Grand Jury charges:

(Possession with Intent to Distribute Controlled Substances)

On or about February 9, 2024, in Oceana County, in the Southern Division of the Western District of Michigan, the defendant,

ANTONIO RODRIGUEZ,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance, and methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION
(Possession with Intent to Distribute Controlled Substances)

The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of the offense in violation of 21 U.S.C. § 841(a)(1) set forth in this Information, the defendant,

ANTONIO RODRIGUEZ,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following: approximately $24,420 in United States currency; a Rock Island Armory M1911A1-ES .45 caliber pistol, with associated .45 caliber ammunition and magazine; a Walther Arms P22 .22 caliber pistol, with associated ammunition and magazine; a 9mm pistol lacking a serial number, with associated ammunition and magazine; a Mossberg .410 shotgun; and a Mossberg Patriot .308 caliber rifle, with associated ammunition, all seized on or about February 9, 2024, in Oceana County, Michigan.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)

Date: June 24, 2024

MARK A. TOTTEN
United States Attorney

AUSTIN J. HAKES
Assistant United States Attorney